IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT BARNELLO,**<br>      **Plaintiff** | No. 3:23cv116 |
| v. | (Judge Munley) |
| **POCONO MOUNTAIN REGIONAL POLICE COMMISSION** and **ASHLEY RZESZEWSKI,** in her official and individual capacities,<br>      **Defendants** | |

## ORDER

AND NOW, this 12th day of August 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion to dismiss for failure to state a claim (Doc. 10) is **GRANTED**;

2) Plaintiff's complaint is **DISMISSED** without leave to amend; and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court